JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN REFORMA AGUA,<br><br>                    Petitioner,<br><br>       v.<br><br>KRISTI NOEM, et al.,<br><br>                    Respondents. | CASE NO. 5:26-cv-02106-SK<br><br>**JUDGMENT** |

   In accordance with the Order Dismissing In Part and Denying In Part Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

   The clerk of the court is directed to close the case.

DATED: June 9, 2026

_____
HON. STEVE KIM
United States Magistrate Judge

1